IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW TYRONE SIMMONS,

   *Plaintiff*,

v.                                       Case No.: 4:23cv179-MW/MJF

RICKY D. DIXON, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

     This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Plaintiff has filed a memorandum in support of prospective relief, citing case law in support of the merits of his claim. ECF No. 21. However, he does not respond to the issues raised in the Report and Recommendation. Accordingly, upon consideration, no objections having been filed by the parties,

     **IT IS ORDERED:**

     The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and

1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

    **SO ORDERED on September 8, 2023.**

                                         <u>s/Mark E. Walker</u>
                                         **Chief United States District Judge**